In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00036-CV

                                                ______________________________

 

 

                             IN THE
MATTER OF THE MARRIAGE OF

HARVEY J. OSBORN AND ROCIO
E. OSBORN,

AND IN THE INTEREST OF
A.M.O., O.G.O. AND S.B.O., CHILDREN

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                             Bowie County, Texas

                                                     Trial Court No. 10D0343-CCL

 

                                                                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            David
Carlisle, permanent guardian of the person, and BancorpSouth Bank, temporary
guardian of the estate of Harvey J. Osborn, filed their notice of appeal May 3,
2010.

            The
clerk’s record was filed May 10, 2010, and the reporter’s record was filed May
13, 2010.  The appellants’ brief was
therefore due on or before June 2, 2010, in this accelerated appeal.  When neither a brief nor a motion to extend
time for filing the same had been filed by June 22, 2010, we contacted
appellants’ counsel by letter and informed her that if a brief had not been
filed by July 7, 2010, the appeal would be subject to dismissal for want of
prosecution.  See Tex. R. App. P.
42.3(b), (c).

            We
have received no brief from appellants. 
Pursuant to Tex. R. App. P.
42.3(b), we dismiss this appeal for want of prosecution.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          July 19, 2010

Date Decided:             July 20, 2010